UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-01381 |
| | ) | |
| LINDE BRACEY WILSON, | ) | |
| CHRISTOPHER N. BRACEY, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 16) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE